# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   CRIM. ACT. NO. 2:20-cr-161-TFM-MU |
| | ) |
| DEMETRIUS O'NEILL BRYANT | ) |
| | ) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

On January 22, 2021, the Defendant Demetrius O'Neill Bryant, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count Three of the Indictment (Doc. 1) charging violations of Title 18, United States Code, Section 924(c)(1)(A)(i), Possession of a Firearm in Furtherance of a Drug Trafficking Crime. *See* Doc. 28. The Magistrate Judge entered a Report and Recommendation wherein he recommends the plea of guilty be accepted. *See* Doc. 29. No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court. The plea of guilty of the Defendant to Count 3 of the Indictment is accepted, and the Defendant is adjudged guilty of the offense. The Defendant will remain in the custody pending sentencing.

A sentencing hearing has been scheduled for **April 29, 2021, at 10:00 a.m.,** under separate Order (Doc. 28). The United States Marshal is **DIRECTED** to produce the Defendant for said hearing.

**DONE** and **ORDERED** this the 8th day of February, 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE